The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.



John P. Gustafson
United States Bankruptcy Judge

**Dated: December 18 2018**

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **In Re:** | * | **Case No. 18-32346 G** |
| **Estella Juanita Roldan-McCroskey** | | |
| **Tyrone McCroskey** | * | **HON. JOHN P. GUSTAFSON** |
| | * | |
| **Debtor(s)** | * | **Chapter 13** |

## STIPULATED ORDER AMENDING CHAPTER 13 PLAN

Now comes Elizabeth A. Vaughan, the Standing Chapter 13 Trustee, Debtor(s) and Counsel for Debtor(s) herein, who stipulate that the following Amendments to the Chapter 13 Plan for the above referenced case are hereby agreed to by all parties. The parties further agree that upon entry of this Stipulated Order, the Amendments noted herein shall constitute a regularly filed amendment to the Chapter 13 Plan filed on 8/8/18 .

☐ **The Chapter 13 Plan payment originally proposed in the amount of** $_____ **per month, is hereby amended to** $_____ **per month for the remaining months of the month plan.**

☐ The Chapter 13 Plan originally providing for payments to be made for a period of _____ months is hereby amended and the plan payments shall be made for a period of _____ months.

☑ The Chapter 13 plan originally proposed at a percentage of __61___% is hereby modified to the percentage of ___100___%

☐ The Debtor(s) are not required to turn over tax refunds during the pendency of this case.

☑ **There shall be no future modification of dividend to unsecured creditors below 100%.**

The parties further agree that all other aspects of the Chapter 13 Plan for the above-captioned case shall remain the same.

**APPROVED THIS ____17th____ day of _____December_____, 2018.**

*/s/____Elizabeth A., Vaughan_____*
**Standing Chapter 13 Trustee**

*/s/____Jeffrey H. Weir, II_____*
**Attorney for Debtor(s)**

/s/____Estella J. Roldan-McCroskey_____
**Debtor**

/s/____Tyrone McCroskey_____
**Debtor**